IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHRISTINA THEWS                                                                                       PLAINTIFF

v.                              Case No. 4:24-cv-00281-KGB

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION                                                    DEFENDANT

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that the Commissioner's decision is affirmed and that plaintiff Christina Thews's complaint is dismissed with prejudice (Dkt. No. 2). The relief requested is denied.

So adjudged this 19th day of February, 2025.

_____
Kristine G. Baker
Chief United States District Judge